﻿Citation Nr: AXXXXXXXX
Decision Date: 10/30/20 Archive Date: 10/30/20

DOCKET NO. 190930-33779
DATE: October 30, 2020

ORDER

Entitlement to service connection for prostate cancer has been withdrawn.

FINDING OF FACT

Prior to the issuance of a decision in the appeal, the Veteran withdrew the above issue currently on appeal in a statement dated September 2020.

CONCLUSION OF LAW

The criteria for withdrawal of an appeal by the Veteran, or his authorized representative, have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty in the United States Air Force from June 1971 to December 1974.

This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a September 2019 rating decision from a Department of Veterans Affairs (VA) Regional Office (RO). 

In September 2019, the Veteran disagreed with the abovementioned rating decision and filed a VA Form 10182 (Decision Review Request: Board Appeal (Notice of Disagreement)). The Veteran selected the Hearing lane by submitting notice of disagreement under the appeals Modernization Act (AMA). 84 Fed. Reg. 138, 177 (Jan. 18, 2019) (to be codified at 38 C.F.R. § 19.2(d)). However, in September 2020, the Veteran, through his representative, withdrew his request for a Board hearing and subsequently withdrew the appeal. 

Withdrawal

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.205. Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.205. In the present case, the Veteran through his representative, in a September 2020 statement, has withdrawn his appeal for entitlement to service connection for prostate cancer. 

Hence, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed. 

 

T. REYNOLDS

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board T. Gresham

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.